JOHN HARRIS, PLAINTIFF IN ERROR, v. THE GUARANTEE BUILDING AND LOAN ASSOCIATION, DEFENDANT IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *John W. Wartman.*

For the defendant in error, *John F. Harned.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given by that court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, LIPPINCOTT, MAGIE, REED, VAN SYCKEL, BOGERT, BROWN, GREEN, KRUEGER, SIMS, SMITH.    13.

*For reversal*—None.